IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>VICTOR UZOMA DURU,<br><br>    Defendant.<br>_____ / | No. CR 99-93 MMC<br><br>**ORDER DENYING MOTION TO DISMISS ALL PENDING AND UNRESOLVED INDICTMENTS** |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>VICTOR UZOMA DURU,<br><br>    Defendant.<br>_____ / | No. CR 03-87 MMC |

   Before the Court is defendant Victor Uzoma Duru's "Motion to Dismiss All Pending and Unresolved Indictments," filed December 30, 2011, pursuant to the Interstate Agreement on Detainers Act ("IAD"), 18 U.S.C.App. § 2. Under the IAD, a prisoner has the right to make a request for final disposition of the indictment, information, or complaint on which a detainer is based. See United States v. Lualemaga, 280 F.3d 1260, 1263 (9th Cir. 2002).

1  Having read and considered the motion, and having reviewed the Clerk's record as to the two matters identified in said motion as assigned to the undersigned, specifically Case Nos. CR 99-93 MMC and CR 03-87 MMC, the Court hereby DENIES the motion as moot, for the reason that no charges remain pending in either such action.

**IT IS SO ORDERED.**

Dated: February 14, 2012

_____
MAXINE M. CHESNEY
United States District Judge